ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
SHIWON CHOE (SBN 320041)
CHRISTINA MCCALL (SBN 234139)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4400
 Fax:  (415) 703-5480
 E-mail:  Shiwon.Choe@doj.ca.gov
        Christina.McCall@doj.ca.gov
*Attorneys for Defendant John Reynolds, in his
official capacity as President of the California
Public Utilities Commission*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TED MAACK,** | Case No. 3:25-cv-06860-CRB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT** |
| **JOHN REYNOLDS, in his official capacity as President of the California Public Utilities Commission,[1]** | |
| Defendant. | |

---

[1] In March 2026, John Reynolds was appointed President of the California Public Utilities Commission, succeeding former President Alice Busching Reynolds (no relation).  Pursuant to Federal Rule of Civil Procedure 25(d), President (John) Reynolds is automatically substituted for President (Alice Busching) Reynolds as Defendant.

Pursuant to Civil Local Rule 6-2, the Parties stipulate and jointly respectfully request that the Court modify the briefing schedule for the Parties' motions for summary judgment ("MSJs"). Specifically, the Parties stipulate and jointly respectfully request the Court modify the briefing schedule as follows:

| EVENT | CURRENT DATE | REVISED DATE |
|---|---|---|
| Plaintiff's MSJ | 7/10/2026 | 7/24/2026 |
| Defendant's response to Plaintiff's MSJ and cross-MSJ | 8/10/2026 | 8/31/2026 |
| Plaintiff's reply in support of MSJ and response to Defendant's cross-MSJ | 8/31/2026 | 9/21/2026 |
| Defendant's reply in support of cross-MSJ | 9/21/2026 | 10/13/2026 |
| MSJ hearing | 10/16/2026 | 11/6/2026 |

Pursuant to Civil Local Rule 6-2(a), the Parties state that (1) the requested scheduling modification is to avoid certain conflicts and unavailability the Parties have surrounding the original July and August dates, (2) there have been no previous time modifications in the case, and (3) the requested modification will not have any effect on the rest of the schedule for the case.

For the foregoing reasons, the Parties respectfully jointly request that the Court modify the briefing schedule as set forth above.

Dated:  May 19, 2026

Respectfully submitted,

PACIFIC LEGAL FOUNDATION

*s/Samantha Romero-Drew* *
SAMANTHA ROMERO-DREW
CHRISTIAN TOWNSEND
DONNA G. MATIAS
*Attorneys for Plaintiff Ted Maack*

1

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

*s/Shiwon Choe*
SHIWON CHOE
CHRISTINA MCCALL
Deputy Attorneys General
*Attorneys for Defendant John Reynolds, in his official capacity as President of the California Public Utilities Commission*

\* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

### [PROPOSED] ORDER

The briefing schedule for the Parties' MSJs is modified as set forth above.

Dated:  May 20 , 2026

THE HON. CHARLES R. BREYER
*United States District Judge*

2