ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
SHIWON CHOE (SBN 320041)
CHRISTINA MCCALL (SBN 234139)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-4400
Fax: (415) 703-5480
E-mail: Shiwon.Choe@doj.ca.gov
Christina.McCall@doj.ca.gov
*Attorneys for Defendant John Reynolds, in his official capacity as President of the California Public Utilities Commission*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TED MAACK,**<br><br>Plaintiff,<br><br>**v.**<br><br>**JOHN REYNOLDS, in his official capacity as President of the California Public Utilities Commission,**<br><br>Defendant. | Case No. 3:25-cv-06860-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND BY ONE WEEK DEADLINE FOR REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date/Time: Nov. 13, 2026 at 10:00 a.m.<br>Location: Zoom videoconference |

Pursuant to Civil Local Rule 6-2, Defendant respectfully requests that the Court extend by one week Defendant's deadline for his Reply in Support of Defendant's Cross-Motion for Summary Judgment ("Reply"), from October 13, 2026, to October 20, 2026. Plaintiff stipulates to this request.

Pursuant to Civil Local Rule 6-2(a)(1), Defendant states as follows. Lead counsel for Defendant in this case is also lead counsel for Defendant Rob Bonta, in his official capacity as Attorney General of California, in the appeals in *Meta Platforms, Inc. v. Bonta*, No. 26-5120 (9th Cir.), *TikTok, Inc. et al. v. Bonta*, No. 26-5121 (9th Cir.), and *Google LLC et al. v. Bonta*, No. 26-5132 (9th Cir.). Those cases are appeals of a preliminary-injunction decision issued by the Honorable Edward J. Davila of the Northern District of California on August 5, 2026. Plaintiffs in those appeals filed three opening briefs on September 8, 2026, and the Attorney General's consolidated answering brief is due on October 6, 2026. The Ninth Circuit has ordered that those appeals be placed on the next available calendar. Order, No. 26-5120 (9th Cir. Sept. 17, 2026), ECF No. 49. The Parties in this case were unaware of the eventual briefing schedule in those cases when they stipulated to the current summary-judgment briefing schedule, as the scheduling in this case occurred in May 2026, ECF Nos. 27–28, before the preliminary-injunction decision in those cases was issued. Counsel has been heavily focused on preparing the Attorney General's consolidated answering brief in those appeals. In light of this, Defendant respectfully requests an extension of one week to submit his Reply in this case, so that Defendant and counsel can have additional time, after submitting the consolidated answering brief in those appeals, to more fully brief in the Reply the issues in this case for this Court.

Pursuant to Civil Local Rule 6-2(a)(2), the Parties state that there have been two prior time modifications in this case. On May 19, 2026, the Parties stipulated to an extension of the summary-judgment briefing schedule, which this Court so ordered on May 20, 2026. ECF Nos. 27–28. On September 8, 2026, this Court sua sponte continued the hearing on the summary-judgment motions by one week, from November 6, 2026, to November 13, 2026. ECF No. 32.

Pursuant to Civil Local Rule 6-2(a)(3), the Parties state that the requested modification will not have any effect on the rest of the schedule for this case.

For the foregoing reasons, Defendant respectfully requests that the Court extend Defendant's deadline for the Reply by one week, from October 13, 2026, to October 20, 2026. Plaintiff stipulates to this request.

Dated: October 5, 2026

Respectfully submitted,

PACIFIC LEGAL FOUNDATION

*s/Christian Townsend**
SAMANTHA ROMERO-DREW
CHRISTIAN TOWNSEND
DONNA G. MATIAS
*Attorneys for Plaintiff Ted Maack*

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

*s/Shiwon Choe*
SHIWON CHOE
CHRISTINA MCCALL
Deputy Attorneys General
*Attorneys for Defendant John Reynolds, in his official capacity as President of the California Public Utilities Commission*

* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

**[~~PROPOSED~~] ORDER**

The deadline for Defendant's Reply in Support of Cross-Motion for Summary Judgment is extended to October 20, 2026.

Dated: October 7, 2026

THE HON. CHARLES R. BREYER
*United States District Judge*