SAMANTHA ROMERO-DREW
CA Bar No. 344476
Email: sromero@pacificlegal.org
CHRISTIAN G. TOWNSEND
MD Bar No. 2012180144*
Email: ctownsend@pacificlegal.org
Pacific Legal Foundation
3100 Clarendon Blvd., Ste. 1000
Arlington, VA 22201
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
*pro hac vice*

DONNA G. MATIAS
CA Bar No. 154268
Email: dmatias@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Ste. 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TED MAACK,<br><br>Plaintiff,<br><br>v.<br><br>JOHN REYNOLDS,<br>President of the California Public Utilities Commission,<br><br>Defendant. | No. 3:25-cv-06860-CRB<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF TED MAACK'S EX PARTE APPLICATION TO DISREGARD NEW ARGUMENT OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE SUR-REPLY**<br><br>Honorable Charles R. Breyer<br>Complaint Filed: August 13, 2025<br>Case Mgmt. Conf.: April 10, 2026 |

Plaintiff Ted Maack's Ex Parte Application to Disregard New Argument or, in the Alternative, for Leave to File Sur-Reply came before this Court. Having considered the application, the papers filed in support of and in opposition to it, the record in this case, and good cause appearing, IT IS HEREBY ORDERED:

____ ~~This Court shall disregard the new argument raised by Defendant.~~

____ Leave to File Sur-Reply is GRANTED. Plaintiffs are instructed to file a sur-reply by November 2, 2026, or two days after the Court's order, whichever is later.

The Court may request further briefing from either party if it deems a response necessary after the sur-reply has been submitted

IT IS SO ORDERED.

Dated: October 29, 2026

Hon. Charles R. Breyer
*United States District Judge*